# EXHIBIT "A"



# INVOICE

X Rev Media
X Rev Media

**Invoice Date**
Mar 31, 2014

**Invoice Number**
INV-4293

**Reference**
March 2014

The Affiliati Network, Inc.
1416 Bay Rd.
MIAMI BEACH FLORIDA 33139

| Description | Quantity | Unit Price | Tax | Amount USD |
|---|---|---|---|---|
| [DIET] EXCLUSIVE - Garcinia X Slim Trial (v2) (US) | 1.00 | 454,227.00 | Tax Exempt | 454,227.00 |
| | | | Subtotal | 454,227.00 |
| | | | TOTAL TAX | 0.00 |
| | | | **TOTAL USD** | 454,227.00 |
| | | | LESS Amount Paid | 142,627.00 |
| | | | LESS Amount Credited | 18,438.00 |
| | | | **AMOUNT DUE** | **293,162.00** |

**Due Date: Apr 15, 2014**
Banking Information

WIRE
Acct Name: The Affiliati Network
Account Number: 15860626
Routing Number: 122016066
Swift Code: CINAUS6L
Bank Name: City National Bank
Bank Address: 11500 W. Olympic Blvd, West Los Angeles, CA 90064
Bank Phone: (310) 445-3640

ACH
Bank Name: Eastbank
Account Type: Checking Account
Account Name: The Affiliati Network
Routing Number: 091017138
Account Number: 6131145242803

-✂- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- --

## PAYMENT ADVICE

| | | Customer | X Rev Media |
|---|---|---|---|
| To: | The Affiliati Network, Inc. | Invoice Number | INV-4293 |
| | 1416 Bay Rd. | Amount Due | **293,162.00** |
| | MIAMI BEACH FLORIDA 33139 | Due Date | Apr 15, 2014 |
| | | Amount Enclosed | |

Enter the amount you are paying above

Registered Office: 1416 Bay Rd., Miami Beach, Florida, 33139.